**Order entered August 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00653-CV

## JEFFREY LONGINO, GERALYNN LONGINO & ALL OTHER OCCUPANTS, Appellants

## V.

## ITAY SHARONI, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01063-2022**

## ORDER

The clerk's record reflects appellant Jeffrey Longino has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/   KEN MOLBERG
JUSTICE